993 A.2d 873

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Marvin GILMORE, Petitioner.**

Supreme Court of Pennsylvania.

April 26, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2010, the Application for Leave to File a Response and to Supplement Petitioner's Argument, the Application for Stay, and the Petition for Allowance of Appeal are hereby **DENIED.**